AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

MEDIAN VELASQUEZ-SANTIZO

**CRIMINAL COMPLAINT**

Case No. 3:21-mj- 1431-JBT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about September 3, 2021, in St. Johns County, in the Middle District of Florida, the defendant,

> a citizen of Guatemala and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about May 7, 2009, July 12, 2012, July 25, 2019, and February 19, 2020,

in violation of Title 8, United States Code, Section 1326.  I further state that I am a Border Patrol Agent for the Department of Homeland Security, Customs and Border Protection, United States Border Patrol, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
Ricardo Munoz, Jr.

Sworn to before me and subscribed in my presence,

on September 7, 2021 _____ at   Jacksonville, Florida _____

JOEL B. TOOMEY
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Ricardo Munoz Jr., being a duly sworn and appointed Border Patrol Agent for the Department of Homeland Security, Customs and Border Protection, United States Border Patrol, hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Border Patrol Agent for twenty years. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On September 3, 2021, the Jacksonville Border Patrol Station received a call from the St. Johns County Sheriff's Office ("SJCSO") for assistance at the scene of a vehicle accident. SJCSO stated that when the deputy at the scene asked the subject in the vehicle for his identification, the subject stated that he had none and gave the deputy his name and date of birth. The deputy suspected that the subject may have been an alien who was illegally present in the United States and asked the Border Patrol for assistance in making that determination.

3. On September 3, 2021, at approximately 10:40 a.m., your affiant went to the scene of the vehicle accident and engaged in conversation with the subject involved in the accident. Your affiant initially identified himself to the subject as a Border Patrol Agent in the English language. However, because the subject did not

appear to understand English, your affiant then identified himself as a Border Patrol Agent in the Spanish language, at which time the subject responded in Spanish.

4.  During the encounter, your affiant asked the subject what his country of birth was and he replied that he was from Guatemala. The subject identified himself as MEDIAN VELASQUEZ-SANTIZO and he stated that he was illegally present in the United States and not in possession of any immigration documents allowing him to legally reside in the United States. Record checks conducted in the field confirmed that there was no record that VELASQUEZ-SANTIZO had legally entered the United States or had any pending claims for legal status in the United States. VELASQUEZ-SANTIZO was administratively arrested and transported to the Jacksonville Border Patrol Station for processing.

5.  At the Border Patrol Station, a Border Patrol agent entered VELASQUEZ-SANTIZO's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of persons who have been previously encountered by immigration authorities. The system returned a match and reflected that VELASQUEZ-SANTIZO is a citizen of Guatemala and that he had been previously assigned an Alien Registration Number ("A-number"). Additional record checks using the A-number revealed that VELASQUEZ-SANTIZO had been previously deported or removed from the United States on four occasions: on May 7, 2009, through New Orleans, Louisiana, on July 12, 2012, through Philadelphia, Pennsylvania, on July 25, 2019, through Alexandria, Louisiana, and on February 19,

2020, through Florence, Arizona. There was no record that VELASQUEZ-SANTIZO had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

6. On September 3, 2021, at approximately 5:10 p.m., Assistant United States Attorney Arnold B. Corsmeier was advised of the foregoing facts and he authorized criminal prosecution of VELASQUEZ-SANTIZO.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that MEDIAN VELASQUEZ-SANTIZO is a citizen of Guatemala who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____
Ricardo Munoz, Jr., Border Patrol Agent
United States Border Patrol
Jacksonville, Florida